RECEIVED
IN LAKE CHARLES, LA.
JUL -7 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RANDAL C. CURTIS | * | CIVIL ACTION NO. 2:12-CV-2561 |
| Plaintiff | * | |
| | * | SECTION P |
| V. | * | |
| WARDEN HOWARD PRINCE | * | JUDGE PATRICIA MINALDI |
| Defendant | * | |
| | * | MAG. JUDGE KATHLEEN KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 19] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's application for a writ of *habeas corpus* be and hereby is **DENIED, and DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this __3__ day of ___July___, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE